

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-12-00192-CV

Trial Court Cause
Number:     1052722

Style:     Irvin White

    **v** Angela Stanlee White and the Office of the Attorney General of Texas

Date motion filed[*]:     September 28, 2012

Type of motion:     Motion for Termination of Wage Withholding Order

Party filing motion:     Appellant

Document to be filed:     n/a

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: <u>Chief Justice Sherry Radack</u>

        ☒ Acting individually     ☐ Acting for the Court

Panel consists of   <u>Chief Justice Radack and Justices Higley and Brown</u>

Date: <u>March 21, 2013</u>